AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**GARY D. HAMMOND,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**VILLAGE OF CROOKSVILLE,**
**(DENNIS HARVEY),**

**CASE NO. C2-08-1049**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE TERENCE P. KEMP**

    **Defendants.**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed August 18, 2009, JUDGMENT is hereby entered DISMISSING this case.**

Date: August 18, 2009

JAMES BONINI, CLERK

/S/ Andy F. Quisumbing
(By) Andy F. Quisumbing
Courtroom Deputy Clerk